FILED
JAN 2 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ SDF DEP CLK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

Herbert Claude Ely

v.

M. Christopher White
and
Chowan University
(Amended)
Complaint

NO.

COMPLAINT

2:17-CV-59-D

Plaintiff resides at:

One University Place
Murfreesboro NC 27855

Defendant(s)' name(s) and address(es), if known:

M. Christopher White
M. Christopher White
One University Place
Murfreesboro NC 27855

1

Jurisdiction in this court is based on:

Eastern District

The acts complained of in this suit concern:

Violation of Civil Rights, basic human rights by having a "No tresspassing" Complaint lodged against defendant with no probable cause or misconduct. Plantiff conspired with other named individuals to give no redress or opportunity to communicate with Herbert C. Ely and ignored a letter written to him seeking an on audience, to resolve the defamatory and malicious attack on said personal/professional character. Defendant conspired to keep me alienated from Chowan University property and communications suppressing and oppressing my civil and human rights.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Removal of the NO Tresspassing threat and $15 million.

12-29-17

DATE

Herbert C. Ely

SIGNATURE OF PLAINTIFF

1402 S. Hwy 13
Ahoskie NC 27810

252-209-4797

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3