IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-59-D

| | | |
|---|---|---|
| HERBERT CLAUDE ELEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEVE HARDERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On November 28, 2017, plaintiff, appearing pro se, applied to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 [D.E. 1]. On December 13, 2017, the court referred plaintiff's motion to proceed in forma pauperis to Magistrate Judge Numbers [D.E. 4]. On December 20, 2017, Judge Numbers issued a Memorandum and Recommendation and recommended that plaintiff's motion to proceed informa pauperis be denied [D.E. 5]. On December 28, 2017, plaintiff paid the court's filing fee [court receipt GRN001705], and the court filed plaintiff's complaint [D.E. 6] and issued the summonses prepared by plaintiff [D.E. 7, 8].

Plaintiff's motion to proceed informa pauperis is DISMISSED as moot.

SO ORDERED. This 11 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge