UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

HERBERT CLAUDE ELEY,      )
      )
      Plaintiff,      )
      )   **JUDGMENT IN A CIVIL CASE**
v.      )   **CASE NO.   2:17-CV-59-D**
      )
STEVE HARDERS, Assistant Professor,      )
Chowan University, DERRICK BURKE,      )
Chief Campus Police, Chowan University,      )
BRANDON ZURCH, Chowan University,      )
CHRIS SUMNER, Captain, Murfreesboro      )
Police Department, M. CHRISTOPHER      )
WHITE, and CHOWAN UNIVERSITY,      )
      )
      Defendants.      )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court; GRANTS defendants'
motions to dismiss [D.E. 14, 28], and DISMISSES WITH PREJUDICE plaintiffs section 1983
and 1985 claims. The court DISMISSES WITHOUT PREJUDICE plaintiffs state-law claims.

**IT IS FURTHER ORDERED** that Defendants Steve Harders, Derrick Burke, and Brandon
Zurch were dismissed when Amended Complaint was filed on 1/2/2018 at [D.E. 9].

<u>**This Judgment Filed and Entered on July 24, 2018, and Copies To:**</u>

Herbert Claude Eley      (Sent to 1402 S. Hwy 13 Ahoskie, NC
      27910 via US Mail)

Jonathan E. Hall      (via CM/ECF electronic notification)

Dan McCord Hartzog, Jr.      (via CM/ECF electronic notification)

Katherine Barber-Jones      (via CM/ECF electronic notification)

DATE:      PETER A. MOORE, JR., CLERK

July 24, 2018      (By) /s/ Nicole Sellers

      Deputy Clerk